PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

NOV 08 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Jonathan Bruecker SID# 738557
Plaintiff's Name and ID Number

Bexar County Adult Detention Center
Place of Confinement

CASE NO. SA24CA1295OG
(Clerk will assign the number)

v.

Javier Salazar 200 N. Comal St. San Antonio, TX 78207
Defendant's Name and Address

C.O. J. Franklin Badge #4654 200 N. Comal St. San Antonio, TX 78207
Defendant's Name and Address

_____
Defendant's Name and Address
(DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must **also include** a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____
   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)_____
   7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: San Antonio, Texas / Bexar County Adult Detention Center 200 N. Comal SA, TX 78207

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ___YES  _X_NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jonathon Brueckel
7911 Langport
San Antonio, TX 78209

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: C.O. J. Franklin Badge #4154 Unit Officer

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

False Belief of Release (R001), Possible Escape if I wasn't honest and told the truth to the officer cause he couldn't see picture on ID card. Major Depression I endured.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Bexar County Adult Detention Center

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

False Detention, Illegal Detention.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON THE MORNING OF THE 10TH OF OCTOBER CO UNIT OFFICER J. FRANKLIN BADGE # 4654 HAD AWOKEN ME BY ASKING ME HOW I WAS FEELING AND IF I WAS ABLE TO GET UP? I TOLD HIM THAT I'M KINDA FEELING BETTER AND YES I CAN GET UP. HE THEN TOLD ME GOOD "ROO!" PACK UP YOUR SHIT YOUR GOING HOME. I WAS HAPPIER THAN WORDS COULD IMAGINE. I TOLD EVERYONE THAT THEY NEED TO PUT IN THERE MOTIONS CAUSE I TRULY BELIEVED THATS WHY I WAS BEING RELEASED. I GAVE EVERYTHING AWAY. THE GUARD PUT MY MATTRESS AT THE FRONT DOOR. HE THEN ASKED ME IF THIS WAS ME ON THE CARD ID. I TOLD HIM ARE YOU KIDDING ME! THATS MY NEIGHBOR RIVERA. I SAID THATS REALLY MESSED UP. HE KNEW IT WAS WRONG OF HIM BUT HE NEVER APOLOGIZED TO THIS

VI.  RELIEF: DAY.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PAY MY BOND, PAY ME $4500.00 A DAY FOR PAIN AND MENTAL ANGUISH, PLUS PAY MY HOSPITAL BILLS WHEN I GET OUT PLUS ANY AFTERCARE AND MEDS PAIN MANAGEMENT.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

JONATHAN BRUECKEL, JONATHAN ANDREW BRUECKEL, JON BRUECKEL, MANFRES BRUECKEL

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

NOT AVAILABLE GUARDS WONT LOOK THEM UP. I LL ASK LAW LIBRARY.

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ___YES___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: __October 25, 2024__
             DATE

_Jonathan Brnecker_ S/24
_____ 738551
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __25th__ day of __October__, 20__24__.
            (Day)              (month)                  (year)

_Jonathan Brnecker_ S/24
_____ 738551
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Cause NO. NM759972

THE STATE OF TEXAS          IN THE DISTRICT COURT

v.          226 JUDICIAL DISTRICT

Jonathan Brueckel          BEXAR COUNTY, TEXAS

## PAUPER'S OATH

TO THE HONORABLE JUDGE OF SAID COURT: SID #738551

Come now, Jonathan Brueckel Defendant in the above styled and numbered who deposes and says: That he is a citizen of the United States, and is the Defendant in the cause and feels he has a good and just cause of action; that he is an indigent person without funds and he is therefore unable to pay the costs of prosecuting the above and foregoing action or to give security thereof, and therefore requests the Court's permission to proceed in *forma pauperis*.

_____
Defendant SID #738551

STATE OF TEXAS    * * * * *

COUNTY OF BEXAR    * * * * *

Before me, the undersigned authority, on this day personally appeared Jonathan Brueckel, who stated on oath that the information contained in the forgoing instrument is true and correct.

Given under my seal of office on this the 6 day November, 2024

JESSICA MANRIQUEZ
Notary Public, State of Texas
My Commission Expires
July 11, 2027
NOTARY ID 12996942-6

Jessica Manriquez
Notary Public

to Federal Court          October 12, 2024
House files

These are just signatures of witnesses that heard and saw what happened on the Tuesday morning right before breakfast to ensure that I'm not lying and am telling the truth.

| | NAME | Sig # | SIGNATURE |
|---|---|---|---|
| 1) | Ricky A Halleman | 1041000 | *Ricky A Halleman* |
| 2) | Ralph A Gomez | 1076086 | *AG* |
| 3) | Javier Vasquez Jr | 1160852 | *Javier Vasquez* |
| 4) | Armando Centeno | 810199 | *Armando C* |
| 5) | Timothy Mathis | 557604 | *Tim Mathis* |
| 6) | Johnathan Saliz | 796323 | *J Saliz* |
| 7) | Ephraim Galvan | 850524 | *Eph. Gal* |
| 8) | Brett Markle | 1005614 | *Brett Markle* |
| 9) | Bryan Wilson | 1133393 | *Bryan Wilson* |
| 10) | Jose Rivera | 880041 | *Jose R* |
| 11) | | | |
| 12) | | | |
| 13) | | | |
| 14) | | | |
| 15) | | | |
| 16) | | | |
| 17) | | | |
| 18) | | | |
| 19) | | | |
| 20) | | | |

JESSICA MANRIQUEZ
Notary Public, State of Texas
My Commission Expires
July 11, 2027
NOTARY ID 12996942-6

30 October 2024
*Jessica Manriquez*
My commission expires on
July 11, 2027