

SA24CA1295   OG   MJ-HJB